**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Aquileo Herrera individually and on behalf of
other employees similarly situated, Plaintiff

v.

Marilyn's, Inc. and Masood Ahmad,
individually, Defendants

Case No. 1:16-cv-06996
Hon. Judge John Robert Blakey

## STIPULATION TO DISMISS

The Parties, through counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss his action in its entirety without prejudice and without costs or attorneys fees pursuant to settlement, except as otherwise provided for by the parties' agreement.  On February 15, 2018, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

**s/ Valentin T. Narvaez**
Consumer Law Group, LLC
6232 North Pulaski Rd, Suite 200
Chicago, IL 60646

**s/ Burr E. Anderson**
Anderson Law Offices PC
400 Lake Cook Road - Suite 221-A
Deerfield, IL  60015-4930